UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:09CR8 |
|---|---|---|
| | ) | |
| vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | <u>INDICTMENT</u> |
| TIMOTHY ANTHONY DOUGLAS | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, and the United States Attorney's Office.

Signed: December 16, 2009

Richard L. Voorhees
United States District Judge